| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Corpus Christi |

CORPUS CHRISTI Division

Magistrate No.: C-21-1180M

File: INDICTMENT

Filed: October 13, 2021

County: Kenedy

LIONS #: 2021R07266

CR. No.: **C-21-877**

Judge: **Judge Drew B. Tipton**

Attorneys:

United States of America

v.

DEVIN ARLIN BOYSEN

MEGAN ASH

SEAN SCOTT JAMES PILLING

JENNIFER B. LOWERY, ACTING U.S. ATTORNEY
PATRICK S. OVERMAN, ASST. U.S. ATTORNEY
GRAND JURY ACTION          APP'D   RET

PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s): Count 1(All defendants): Did knowingly and intentionally conspire to transport undocumented aliens within the United States:
8 USC 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).
Counts 2 & 3 (All Defendants): Did transport, move, attempt to transport, and attempt to move an undocumented alien within the United States:
8 USC 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

Penalty: Count 1(All Defendants): Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; a $100 Special Assessment; and, an additional $5,000 Special Assessment.
Counts 2 & 3 (All Defendants): Not more than 5 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; a $100 Special Assessment; and, an additional $5,000 Special Assessment.

In Jail: XXX (All Defendants)
On Bond:
No Arrest: